IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>THOMAS CARTER RONK,<br><br>   Defendant. | Case No. SA 8:19-cv-00607-JVS-ADS<br>The Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL FROM JULY 28, 2020 TO MARCH 23, 2021 AND MODIFY PRE-TRIAL SCHEDULING ORDER** |

   GOOD CAUSE APPEARING, IT IS ORDERED that Defendant Thomas Carter Ronk and Plaintiff Securities and Exchange Commission's Joint Stipulation to Continue Trial is GRANTED.  The Jury Trial is continued from July 28, 2020 to March 23, 2021 at 8:30 a.m.  The Pretrial Conference is continued to March 8, 2021 at 11:00 a.m.  The Court grants the pretrial scheduling order as stated in Exhibit A to the stipulation.

DATED:   April 01, 2020

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE