# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS CARTER RONK,<br><br>        Defendant. | Case No. 8:19-cv-00607-JVS-ADS<br>The Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING JOINT STIPULATION TO PROTECTIVE ORDER** |

GOOD CAUSE APPEARING, IT IS ORDERED that Plaintiff Securities and Exchange Commission and Defendant Thomas Carter Ronk's Joint Stipulation to Protective Order is hereby GRANTED.

IT IS SO ORDERED.

DATED:   May 20, 2020

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
U. S. MAGISTRATE JUDGE