Christopher J. Dunnigan
*Pro Hac Vice Admission*
Email: dunnigancj@sec.gov
Charles Canter, Cal. Bar No. 263197
*Designated Local Counsel*
Email: canterc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10281-1022
Telephone: (212) 336-0061 (Dunnigan)
Telephone: (323) 965-3998 (Canter)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CARTER RONK,<br><br>Defendant. | Case No. 8:19-cv-00607-JWH-ADS<br><br>**JOINT STATUS REPORT** |

Plaintiff Securities and Exchange Commission ("Commission") and Defendant Thomas Carter Ronk ("Defendant" or Ronk") respectfully submit this Joint Status Report pursuant to the Court's Order of December 5, 2022. (Docket No. 99.) The Court has stayed this matter while counsel for the Commission seeks authorization from the Commission to accept Ronk's proposed settlement terms.

Ronk has executed a Consent with Proposed Judgment. The staff of the Commission is in the process of seeking Commission approval of the proposed settlement terms, a process which staff of the Commission anticipates taking two to

three weeks from the date of this Status Update.  The parties will submit a Joint Status update by March 30, 2023 pursuant to the Court's December 5 Order (Docket No. 99) if the parties have not submitted a Proposed Judgment to the Court by March 30.

Dated:          February 28, 2023

              /s/
Christopher J. Dunnigan
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-0061 (Dunnigan)

              /s/
Jahnavi Goldstein
Wiechert, Munk & Goldstein, P.C.
27136 Paseo Espada
San Juan Capistrano, CA 92675
*Counsel for Defendant Thomas Carter Ronk*

# CERTIFICATE OF SERVICE

I, Christopher J. Dunnigan, an employee of U.S. Securities and Exchange Commission, located at 100 Pearl Street, Suite 100-20, New York, NY 10004-2616, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On February 28, 2023, I served the foregoing document, described as **STATUS REPORT,** on all interested parties as follows:

[ ] **BY MAIL:** I caused such envelope(s) to be deposited in the mail at New York, New York, with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ] **BY PERSONAL SERVICE:** I personally delivered the document listed above to the persons at the address set forth below.

[ ] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2023, at Ridgewood, New Jersey.

/s/ *Christopher J. Dunnigan*
Christopher J. Dunnigan

3